# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 27, 2016

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-14963-GG
Case Style: Larry Klayman v. President of the USA, et al
District Court Docket No: 9:16-cv-80087-DMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE August 23, 2016. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. INCARCERATED PRO SE PARTIES ARE NOT REQUIRED TO FILE AN APPENDIX.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

FRAP 26.1 and the accompanying circuit rules on the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) provide that: (1) every party and amicus curiae must include a CIP within every motion, petition, brief, answer, response, and reply filed; (2) in addition, appellants and petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; and (3) within 14 days after the filing of the appellants' and petitioners' CIP, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a notice either indicating that the CIP is correct and complete, or adding any interested persons or entities omitted from the CIP.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or**

**authorized** to complete the web-based CIP.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Eleanor M. Dixon, GG
Phone #: (404) 335-6172

<span>                                                                                </span>BR-1CIV Civil appeal briefing ntc issued