IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

LARRY KLAYMAN,

    Plaintiff-Appellant,

v.

BARACK OBAMA, President, et al.

    Defendants-Appellees.

No. 16-14963

**APPELLEES' NOTICE CONCERNING CERTIFICATE
OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

In addition to the persons identified in the Certificate of Interested Persons and Corporate Disclosure Statement filed by plaintiff-appellant Larry Klayman, the following persons have an interest in the outcome of this case:

Ferrer, Wifredo A.

Mizer, Benjamin C.

Powell, Lindsey

Raab, Michael S.

Stern, Mark B.

Tyler, John R.

Respectfully submitted,

MICHAEL S. RAAB

s/ Lindsey Powell
LINDSEY POWELL
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7237*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *(202) 616-5372*

AUGUST 2016

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                              s/ Lindsey Powell
                                              LINDSEY POWELL